# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CARLOS JEAN-PIERRE,** *Plaintiff,* v. **Deputy Warden CLAY,** *et al.*, *Defendants.* | **CIVIL ACTION NO. 5:17-cv-00268-TES-CHW** |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Presently before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 23] regarding Defendants Clay and McIntyre's Motion to Dismiss [Doc. 18]. The Magistrate Judge recommends granting the motion in part and dismissing Plaintiff's Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc *et seq.* ("RLUIPA"), claims for injunctive relief and damages and his 42 U.S.C. § 1983 claims against Defendant McIntyre for punitive damages and injunctive relief. [Doc. 23, pp. 5, 16-17]. The parties filed no timely objections to the recommendation.

After thorough review, the Court **ADOPTS** the Report and Recommendation [Doc. 23] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the following claims are **DISMISSED without prejudice**:

1. Plaintiff's RLUIPA claims for damages and injunctive relief against Defendants Clay and McIntyre, and

2. Plaintiff's Section 1983 claims for punitive damages and injunctive relief against Defendant McIntyre.

Only Plaintiff's claim for nominal damages under Section 1983 against Defendant McIntyre may proceed.

**SO ORDERED**, this 2nd day of November, 2018.

S/ Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT
